UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOANNE BLUE,<br>1001 F Street, NW<br>Washington, DC 20002,<br><br>EDNA ROBINSON,<br>1001 F Street, NW<br>Washington, DC 20002,<br><br>HALBERT T. BLUE,<br>1001 F Street, NW<br>Washington, DC 20002,<br><br>ROSE BLUE,<br>1001 F Street, NW<br>Washington, DC 20002,<br><br>    Plaintiffs,<br><br>    v.<br><br>FREMONT INVESTMENT & LOAN,<br>2727 E. Imperial Highway<br>Brea, California<br><br>EXECUTIVE TITLE & ESCROW<br>9500 Arena Drive, #480<br>Largo, Maryland 20774<br><br>TOWN AND COUNTRY MORTGAGE<br>AND FINANCIAL SERVICES, INC.<br>1300 Mercantile Lane, Suite 150<br>Largo, Maryland 20776<br><br>DENNIS BISHOP<br>1300 Mercantile Lane, Suite 150<br>Largo, Maryland 20776 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

```
BRENDA CAREW,                        )
10423 Beacon Ridge Drive             )
Mitchellville, Maryland 20721,       )
                                     )
        Defendants.                  )
                                     )
_____)
```

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for defendant Fremont Investment & Loan certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Fremont Investment & Loan which have any outstanding securities in the hands of the public.

1. Fremont General Corporation.

These representations are made in order that the judges of this court may determine the need for recusal.

Respectfully submitted,

_____
Harold G. Belkowitz (D.C. Bar No. 449800)
Ober, Kaler, Grimes & Shriver
A Professional Corporation
1401 H Street, N.W., Suite 500
Washington, D.C. 20005-2110
(202) 408-8400
(202) 408-0640 facsimile

Counsel for Fremont Investment & Loan

<u>Certificate of Service</u>

I certify that a copy of the foregoing was sent by first-class mail, postage pre-paid, this 28th day of April, 2008 to:

>William C. Johnson, Jr., Esquire
>1229 15th Street, N.W.
>Washington, DC 20005
>Counsel for Plaintiffs
>
>Executive Title & Escrow
>9500 Arena Drive, #480
>Largo, Maryland 20774
>
>Town and Country Mortgage and Financial Services, Inc.
>1300 Mercantile Lane, Suite 150
>Largo, Maryland 20776
>
>Dennis Bishop
>1300 Mercantile Lane, Suite 150
>Largo, Maryland 20776
>
>Brenda Carew
>10423 Beacon Ridge Drive
>Mitchellville, Maryland 20721

*/s/ Harold G. Belkowitz*
Harold G. Belkowitz

152224