**FILED**
APR 2 8 2008
Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOANNE BLUE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C   Case: 1:08-cv-00729 |
| ) | Assigned To : Kollar-Kotelly, Colleen |
| FREMONT INVESTMENT ) | Assign. Date : 4/28/2008 |
| & LOAN, *et al.*, ) | Description: General Civil |
| ) | |
| Defendants. ) | |

## FREMONT INVESTMENT & LOAN'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND MOTIONS

Fremont Investment & Loan, by counsel, for its motion for extension of time to respond to the Complaint and motions states as follows:

1. Plaintiffs filed this case on April 4, 2008 in the Superior Court for the District of Columbia. Fremont Investment & Loan ("Fremont") was thereafter served with process on April 8, 2008. Fremont removed this case to federal court on April 28, 2008.

2. Fremont retained Harold G. Belkowitz and the law firm of Ober, Kaler, Grimes & Shriver to represent it in this litigation.

3. The present Complaint is complex and asserts eight causes of action based upon claimed violations District of Columbia common law, District of Columbia statutes, and Federal statutes. In addition, it appears that some of the parties to this litigation are parties to an eviction lawsuit pending in the Superior Court for the District of Columbia.

4. Fremont requests that the Court extend the deadline for it to respond to the Complaint by two weeks (until May 12, 2008) so that its litigation counsel may have the

3

opportunity to investigate the claims and draft an appropriate response. Fremont also asks that it be granted an extension of time until May 12, 2008 to respond to the injunction motions served with the Complaint. Fremont's rights and interests in this case will be prejudiced if the deadline to respond is not extended.

5. Plaintiffs will not suffer any prejudice if the deadline to respond to the Complaint is extended by two weeks.

6. Fremont has attempted to contact Plaintiffs' counsel by telephone to obtain his consent, but the messages have not been returned.

7. Good cause exists to grant this motion.

WHEREFORE, for the reasons above stated, Fremont Investment & Loan requests that the Court grant the motion, grant Fremont Investment & Loan a two week extension of time to respond, and for all other relief this Court deems fair and just.

    Respectfully submitted,

*[signature]*
Harold G. Belkowitz (D.C. Bar No. 449800)
Ober, Kaler, Grimes & Shriver
A Professional Corporation
1401 H Street, N.W., Suite 500
Washington, D.C. 20005-2110
(202) 408-8400
(202) 408-0640 facsimile

Counsel for Fremont Investment & Loan

## Certificate of Service

I certify that a copy of the foregoing was served by first-class mail, postage pre-paid, this 28th day of April, 2008 to:

>William C. Johnson, Jr., Esquire
>1229 15th Street, N.W.
>Washington, DC 20005
>Counsel for Plaintiffs
>
>Executive Title & Escrow
>9500 Arena Drive, #480
>Largo, Maryland 20774
>
>Town and Country Mortgage and Financial Services, Inc.
>1300 Mercantile Lane, Suite 150
>Largo, Maryland 20776
>
>Dennis Bishop
>1300 Mercantile Lane, Suite 150
>Largo, Maryland 20776
>
>Brenda Carew
>10423 Beacon Ridge Drive
>Mitchellville, Maryland 20721

/s/ Harold G. Belkowitz
Harold G. Belkowitz

152265

3