IN THE FEDERAL DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Blue, et. al. )<br>1001 F Street, NE )<br>Washington, D.C. 20002 )<br>     Plaintiff, )<br> v. )<br> )<br>Fremont Investment & Loan, Inc., et. al. )<br>2727 E. Imperial Highway )<br>Brea, California 92821 )<br>     Defendant, )<br> )<br>_____ ) | CA No.: 1:08-cv-00729 |

**JOINT STATUS REPORT**

Counsel for the parties jointly filed a request with the Superior Court for the District of Columbia, Civil Division, requesting that it temporarily stay execution of the judgment by possession pending a ruling on Fremont Investment & Loan's contemplated motion to dismiss. Plaintiffs intend to file the document with the Landlord & Tenant Court and make an appearance before the L&T Court when it was in session on Monday, May 12, 2008.

Fremont Investment & Loan inquired as to the date plaintiff will commence making payment into the Court's registry. Plaintiffs have pledged to provide monthly payment to the registry of the Court and proof of insurance the week of May 12, 2008 on the property located 1001 F St. NE, Washington, D.C. 20002.

May 8, 2008

/s/ *Harold Belkowitz*                                            /s/ *William C. Johnson, Jr.*
_____                _____
Harold Belkowitz                                                    William C. Johnson, Jr., Esq.
D.C. Bar No. 449800                                             D.C. Bar 470314
Ober, Kaler, Grimes & Shriver                              1229 15th St. NW

| | |
|---|---|
| A Professional Corporation | |
| 1401 H Street, N.W., Suite 500 | Suite 200 |
| Washington, D.C. 20005 | Washington, D.C. 20005 |
| (202) 408-8400 | (202) 483-0808; (202) 431-2650 |
| Fax (202) 408-0640 | Fax (202) 483-0909 |
| Counsel for Fremont Investment & Loan | Counsel for Plaintiffs |