# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| Joanne Blue, et. al.<br>    Plaintiffs,<br><br>v.<br><br>Freemont Investment & Loan, et. al.<br>    Defendants. | CA No.: 2008 CA 002679 B<br><br>DEMAND FOR JURY TRIAL |

## AFFIDAVIT OF SERVICE

**DISTRICT OF COLUMBIA, ss**

_Shanice Adams_, being duly sworn, deposes and says:

I HEREBY CERTIFY, Shanice Adams, process server in this action, on May 3, 2008, I caused a copy of the Complaint herein, as well as a duly issued summons, to be served upon the following defendants:

Executive Title & Escrow
9500 Arena Drive #480
Largo, Maryland 20774

**I SOLEMNLY AFFIRM** under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

Date: June 3rd [May 3, 2008]

Respectfully Submitted

_Shanice Adams_
Shanice Adams
1229 15th St. NW
Washington, D.C 20005

I, _JOHN KING_ a Notary Public in the District of Columbia do hereby certify that before me appeared Shanice Adams, whose name is signed to the foregoing affidavit on 3rd day of _June_, 2008.

My Commission Expires:

_John King_

JOHN W. KING
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires November 14, 2011