SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Joanne Blue, et. al. )
    Plaintiffs, )
)
v. ) CA No.: 2008 CA 002679 B
)
Freemont Investment & Loan, et. al. ) DEMAND FOR JURY TRIAL
    Defendants. )
)

**AFFIDAVIT OF SERVICE**

**DISTRICT OF COLUMBIA, ss**

_Shanice Adams_, being duly sworn, deposes and says:

**I HEREBY CERTIFY**, Shanice Adams, process server in this action, on May 3, 2008, I caused a copy of the Complaint herein, as well as a duly issued summons, to be served upon the following defendants:

Town and Country Mortgage and Financial
Services, Inc.
1300 Mercantile Lane
Suite 150
Largo, Maryland 20776

**I SOLEMNLY AFFIRM** under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

Date: May 3, 2008 _(June-06)_      Respectfully Submitted

_Shanice Adams_
Shanice Adams
1229 15th St. NW
Washington, D.C 20005

I, _John King_ a Notary Public in the District of Columbia do hereby certify that before me appeared Shanice Adams, whose name is signed to the foregoing affidavit on _3d_ day of _June_, 2008.

My Commission Expires: 

JOHN W. KING
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires November 14, 2011