SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Joanne Blue, et. al. )
        Plaintiffs, )
)
v. ) CA No.: 2008 CA 002679 B
)
Freemont Investment & Loan, et. al. ) DEMAND FOR JURY TRIAL
        Defendants. )

**AFFIDAVIT OF SERVICE**

**DISTRICT OF COLUMBIA, ss**

*Shanice Adams*, being duly sworn, deposes and says:

**I HEREBY CERTIFY**, Shanice Adams, process server in this action, on May 3, 2008, I caused a copy of the Complaint herein, as well as a duly issued summons, to be served upon the following defendants:

Executive Title & Escrow
9500 Arena Drive #480
Largo, Maryland 20774

**I SOLEMNLY AFFIRM** under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

Date: ~~May 3, 2008~~ June-3rd

Respectfully Submitted

*Shanice Adams*
Shanice Adams
1229 15th St. NW
Washington, D.C 20005

I, _JOHN KING_ a Notary Public in the District of Columbia do hereby certify that before me appeared Shanice Adams, whose name is signed to the foregoing affidavit on 3rd day of _June_, 2008.

My Commission Expires:

*John King*

JOHN W. KING
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires November 14, 2011