IN THE FEDERAL DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joanne Blue, et. al.                                )<br>1001 F Street, NE                              )<br>Washington, D.C. 20002                  )<br>        Plaintiff,                              )<br>  v.                                                       )<br>                                                             )<br>Fremont Investment & Loan, Inc., et. al.  )<br>2727 E. Imperial Highway                     )<br>Brea, California 92821                           )<br>        Defendant,                           )<br>                                                             )<br>_____)  | CA No.:  1:08-cv-00729 |

### AFFIDAVIT OF SERVICE

**DISTRICT OF COLUMBIA, ss**

William C. Johnson, Jr., Esq., being duly sworn, deposes and says:

Shanice Adams, process server in this action, on May 3, 2008, caused a copy of the Complaint herein, as well as a duly issued summons, to be served upon the following defendants:

Executive Title & Escrow
9500 Arena Drive #480
Largo, Maryland 20774

**I SOLEMNLY AFFIRM** under the penalties of perjury that the contents of the attached paper are true to the best of my knowledge, information and belief.

Date:   May 4, 2008                                                    Respectfully Submitted

*/s/ William C. Johnson, Jr.*

_____
William C. Johnson, Jr., Esq.
1229 15th St. NW
Washington, D.C 20005
(202) 483-0808; (202) 431-2650

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Joanne Blue, et. al.  )
    Plaintiffs,  )
  )
v.  )    CA No.: 2008 CA 002679 B
  )
Freemont Investment & Loan, et. al.  )    DEMAND FOR JURY TRIAL
    Defendants.  )
  )

**AFFIDAVIT OF SERVICE**

**DISTRICT OF COLUMBIA, ss**

_Shanice Adams_, being duly sworn, deposes and says:

**I HEREBY CERTIFY**, Shanice Adams, process server in this action, on May 3, 2008, I caused a copy of the Complaint herein, as well as a duly issued summons, to be served upon the following defendants:

Executive Title & Escrow
9500 Arena Drive #480
Largo, Maryland 20774

**I SOLEMNLY AFFIRM** under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

Date: _June-3rd_ ~~May 3, 2008~~    Respectfully Submitted

                                                _Shanice Adams_
                                              Shanice Adams
                                              1229 15th St. NW
                                              Washington, D.C 20005

I, _JOHN KING_ a Notary Public in the District of Columbia do hereby certify that before me appeared Shanice Adams, whose name is signed to the foregoing affidavit on _3rd_ day of _June_, 2008.

My Commission Expires:

JOHN W. KING
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires November 14, 2011