# IN THE FEDERAL DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Joanne Blue, et. al.                                )
1001 F Street, NE                                  )
Washington, D.C. 20002                             )
       Plaintiff,                        )
      v.                                )        CA No.:  1:08-cv-00729
                                                   )
Fremont Investment & Loan, Inc., et. al.           )
2727 E. Imperial Highway                           )
Brea, California 92821                              )
       Defendant,                        )
                                                   )
                                                   )

## AFFIDAVIT OF SERVICE

**DISTRICT OF COLUMBIA, ss**

William C. Johnson, Jr., Esq., being duly sworn, deposes and says:

Shanice Adams, process server in this action, on May 3, 2008, caused a copy of the

Complaint herein, as well as a duly issued summons, to be served upon the following

defendants:

Town and Country Mortgage and Financial
Services, Inc.
1300 Mercantile Lane
Suite 150
Largo, Maryland 20776

**I SOLEMNLY AFFIRM** under the penalties of perjury that the contents of the

attached paper are true to the best of my knowledge, information and belief.


Date:   May 4, 2008                         Respectfully Submitted

                                            */s/ William C. Johnson, Jr.*

                                            _____
                                            William C. Johnson, Jr., Esq.
                                            1229 15th St. NW
                                            Washington, D.C 20005

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Joanne Blue, et. al.                          )
            Plaintiffs,             )
                        )
                        )
        v.                            )     CA No.: 2008 CA 002679 B
                        )
Freemont Investment & Loan, et. al.           )     DEMAND FOR JURY TRIAL
            Defendants.               )
                        )

### AFFIDAVIT OF SERVICE

**DISTRICT OF COLUMBIA, ss**

_Shanice Adams_, being duly sworn, deposes and says:

**I HEREBY CERTIFY**, Shanice Adams, process server in this action, on May 3, 2008, I

caused a copy of the Complaint herein, as well as a duly issued summons, to be served

upon the following defendants:

Town and Country Mortgage and Financial
Services, Inc.
1300 Mercantile Lane
Suite 150
Largo, Maryland 20776

**I SOLEMNLY AFFIRM** under the penalties of perjury that the contents of the

foregoing paper are true to the best of my knowledge, information and belief.

Date:  ~~May~~ June - 3rd, 2008                          Respectfully Submitted

                                                Shanice Adams
                                                1229 15th St. NW
                                                Washington, D.C 20005

I, _John King_ a Notary Public in the District of Columbia do hereby certify that
before me appeared Shanice Adams, whose name is signed to the foregoing affidavit on
_3rd_ day of _June_, 2008.

My Commission Expires:

JOHN W. KING
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires November 14, 2011