**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOANNE BLUE, *et al.*,** | |
| **Plaintiffs,** | |
| **v.** | **Case No. 1:08-cv-00729-CKK** |
| **FREMONT INVESTMENT & LOAN, *et al.*,** | |
| **Defendants.** | |

**SUPPLEMENTAL FILING IN SUPPORT OF**
**FREMONT INVESTMENT AND LOAN'S MOTION TO DISMISS**

Pursuant to the Court's May 22, 2008 Order Establishing Procedures for Electronic Filing for Cases Assigned to Judge Colleen Kollar-Kotelly, attached please find a Table of Contents and Table of Authorities for Fremont Investment & Loan's Motion to Dismiss (Docket Entry No. 5).

Respectfully submitted,

*/s/ Harold G. Belkowitz*
Harold G. Belkowitz (D.C. Bar No. 449800)
Ober, Kaler, Grimes & Shriver
A Professional Corporation
1401 H Street, N.W., Suite 500
Washington, D.C. 20005-2110
(202) 408-8400
(202) 408-0640 facsimile

Counsel for Fremont Investment & Loan

Certificate of Service

I certify that a copy of the foregoing and the attachments thereto were served pursuant to the Court's ECF system this 6th day of June, 2008 to:

William C. Johnson, Jr., Esquire
1229 15th Street, N.W.
Washington, DC 20005
Counsel for Plaintiffs

and by first-class mail, postage pre-paid, this 6th day of June, 2008 to:

Executive Title & Escrow
9500 Arena Drive, #480
Largo, Maryland 20774

A copy of the foregoing was not served upon Town and Country Mortgage and Financial Services, Inc., Dennis Bishop, and Brenda Carew because previous mailings have been returned to sender as undeliverable.

*/s/ Harold G. Belkowitz*
Harold G. Belkowitz

152929

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**JOANNE BLUE, *et al.*,**

**Plaintiffs,**

**v.**

**FREMONT INVESTMENT & LOAN, *et al.*,**

**Defendants.**

**Case No. 1:08-cv-00729-CKK**

**FREMONT INVESTMENT & LOAN'S MOTION TO DISMISS**

# TABLE OF CONTENTS

Introduction ..... 1

Facts ..... 2

Standard of Review ..... 3

Legal Argument ..... 4

I. Plaintiffs Halbert Blue and Rose Blue lack standing to assert the claims against Fremont ..... 4

II. Numerous claims were waived by the failure to raise them by Counterclaim in the Superior Court lawsuit ..... 4

III. Count One does not state a recognized claim for civil conspiracy ..... 5

IV. The fraud based counts must be dismissed because they do not properly plead causes of action ..... 6

V. The Federal claims must be dismissed because they are time barred ..... 9

A. Counts Four's TILA damages claim is barred by the statute of limitations ..... 9

B. Count Five's TILA rescission claim is barred because the real property was sold at foreclosure ..... 9

C. Count Six's TILA and RESPSA claims are barred by the statute of limitations ..... 10

VI. The District of Columbia lender regulation laws are not applicable to Fremont and must be dismissed ..... 11

A. Count Seven must be dismissed because the Mortgage Lenders and Brokers Act does not apply to Fremont ..... 11

B. Count Eight does not state for violation of the Home Loan Protection Act against Fremont ..... 12

Conclusion ..... 13

# TABLE OF AUTHORITIES

Page(s)

**CASES**

*Bronson v. Borst*,
404 A.2d 960 (1979) ........ 5

*Buaiz v. U.S.*,
471 F.Supp.2d 129 (D.D.C. 2007) ........ 3

*Cinalli v. Kane*,
191 F.Supp.2d 601 (E.D.Pa. 2002) ........ 8

*E.E.O.C. v. St. Francis Xavier Parochial School*,
117 F.3d 621 (D.C. Cir. 1997) ........ 4

*Ellipso, Inc. v. Mann*,
460 F.Supp.2d 99 (D.D.C. 2006) ........ 7, 8

*Executive Sandwich Shoppe, Inc. v. Carr Realty Corporation*,
749 A.2d 724 (D.C. 2000) ........ 6

*Giva v. Davison*,
637 A.2d 830 (D.C. 1994) ........ 6

*Hallas v. Ameriquest Mortgage Company*,
406 F.Supp.2d 1176 (D.Or. 2005) ........ 10

*High v. McLean Financial Group*,
659 F.Supp. 1561 (D.D.C. 1987) ........ 7

*Hyman v. First Union*,
980 F.Supp. 38 (D.D.C. 1997) ........ 3

*In re Barber*,
266 B.R. 309 (Bankr.E.D.Pa. 2001) ........ 7

*Kitt v. Capital Concerts, Inc.*,
742 A.2d 856 (1999) ........ 7

*Moore v. Aspin*,
916 F.Supp. 32 (D.D.C. 1996) ........ 3

*Osbourne v. Capital City Mortgage Corp.*,
667 A.2d 1321 (D.C. 1995) ........ 7, 11

*SmileCare Dental Group v. Delta Dental Plan*, 88 F.3d 780 (9th Cir. 1996) ..... 3

*U.S. ex rel. Fisher v. Network Software Associates*, 227 F.R.D. 4 (D.D.C. 2005) ..... 7

*Western Associates, Limited Partnership v. Market Square Associates*, 235 F.3d 629 (D.C. Cir. 2001) ..... 3

**STATUTES**

12 U.S.C. § 2607(d) ..... 11

12 U.S.C. § 2614 ..... 11

15 U.S.C. § 1635(a) ..... 10

15 U.S.C. § 1635(f) ..... 10

15 U.S.C. § 1638 ..... 9

15 U.S.C. § 1640(e) ..... 9

15 USC § 1635 ..... 10

D.C. Code § 26-1102(1) ..... 12

D.C. Code § 26-1103(a) ..... 11

D.C. Code § 26-1151.01(26) ..... 13

D.C. Code § 26-1151.01, *et seq.* ..... 12

D.C. Code § 26-1151.02 ..... 12, 13

D.C. Code § 26-1152.11 ..... 12

D.C. Code 26-1152.16 ..... 12

D.C. Code § 28-3901, *et seq.* ..... 6

D.C. Code § 26-1111, *et seq.* ..... 11

## OTHER AUTHORITIES

5 C. Wright & A. Miller, *Federal Practice and Procedure*, § 1300 .................................. 8

Fed. R. Civ. P. 8(a) ........................................................................................................ 7

Fed. R. Civ. P. 9(b) ........................................................................................................ 6, 7, 8

Fed. R. Civ. P. Rule 12(b)(6) ........................................................................................ 3, 6, 8, 10

Superior Court Rule 13 .................................................................................................. 5