UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOANNE BLUE, *et al.*,

    Plaintiffs,

    v.

FREMONT INVESTMENT & LOAN, *et al.*,

    Defendants.

Civil Action No. 08-729 (CKK)

**ORDER**
(June 23, 2008)

Based on the reasoning set forth in an accompanying memorandum opinion, it is, this 23rd day of June, 2008, hereby

**ORDERED** that Fremont's [5] Motion to Dismiss is granted-in-part and denied-without-prejudice-in-part; it is further

**ORDERED** that Counts I, IV, V, VI, VII, and VIII of Plaintiffs' Complaint against Fremont are dismissed, and all claims asserted by Plaintiffs Halbert and Rose Blue against Fremont are dismissed; it is further

**ORDERED** that Fremont's Motion to Dismiss is denied without prejudice as to Counts II and III of Plaintiffs' Complaint; it is further

**ORDERED** that Plaintiffs' request for leave to amend is granted as to Counts II and III; it is further

**ORDERED** that Plaintiffs shall file an Amended Complaint no later than July 7, 2008; it is further

**ORDERED** that if Fremont decides, after reviewing the Amended Complaint, that filing

a Motion to Dismiss Count II and/or Count III is appropriate, the Parties shall comply with the following briefing schedule: Fremont shall file its Motion to Dismiss no later than July 21, 2008. Plaintiffs shall file an Opposition to Fremont's Motion to Dismiss no later than August 4, 2008. If Fremont chooses to file a Reply, it must file its Reply no later than August 11, 2008.

**SO ORDERED.**

Date: June 23, 2008

                                                /s/
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge