UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOANNE BLUE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | **Case No. 1:08-cv-00729-CKK** |
| ) | |
| FREEMONT INVESTMENT AND ) | |
| LOAN, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT EXECUTIVE TITLE LLC'S
CERTIFICATE REQUIRED BY LCvR 7.1
OF THE LOCAL RULES OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Pursuant to LCvR 7.1, I, the undersigned, counsel of record for Defendant Executive Title and Escrow LLC ("Executive Title") certifies that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Executive Title which have any outstanding securities in the hands of the public:

None.

These representations are made in order that the judges of this court may determine the need for recusal.

Respectfully submitted,

_____/s/_____
David E. Ralph (461593)
Law Offices of David E. Ralph, LLC
2423 Maryland Ave.
Suite 100
Baltimore, Maryland  21218
 (410) 366-1500
 (410) 366-1501

*Attorneys for Defendant Executive Title*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of July, 2008, copies of the foregoing Certificate required by LCvR 7.1 was served electronically or by first class mail, postage prepaid on the following:

William C. Johnson, Jr., Esquire
1229 15th Street, N.W.
Washington, DC 20005
Counsel for Plaintiffs

Harold G. Belkowitz
Ober, Kaler, Grimes & Shriver
A Professional Corporation
1401 H Street, N.W., Suite 500
Washington, D.C. 20005-2110
Counsel for Fremont Investment & Loan

Town and Country Mortgage and Financial Services, Inc.
1300 Mercantile Lane, Suite 150
Largo, Maryland 20776

Dennis Bishop
1300 Mercantile Lane, Suite 150
Largo, Maryland 20776

Brenda Carew
10423 Beacon Ridge Drive
Mitchellville, Maryland 20721

_____/s/_____
David E. Ralph