UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOANNE BLUE, *et al.*,   )<br>   )<br>   Plaintiffs,   )<br>   )<br>v.   )<br>   )<br>FREMONT INVESTMENT   )<br>   & LOAN, *et al.*,   )<br>   )<br>   Defendants.   )<br>   ) | Case No. 1:08-cv-00729-CKK |

## NOTICE OF NAME CHANGE

Will the Court please note that effective August 1, 2008, Fremont Investment & Loan's name has become Fremont Reorganizing Corporation.

                    Respectfully submitted,

                    */s/ Harold G. Belkowitz*
                    Harold G. Belkowitz (D.C. Bar No. 449800)
                    Ober, Kaler, Grimes & Shriver
                    A Professional Corporation
                    1401 H Street, N.W., Suite 500
                    Washington, D.C. 20005-2110
                    (202) 408-8400
                    (202) 408-0640 facsimile

                    Counsel for Fremont Reorganizing Corporation f/k/a Fremont Investment & Loan

## Certificate of Service

I certify that a copy of the foregoing was served pursuant to the Court's ECF system this 20th day of August, 2008 to:

                    William C. Johnson, Jr., Esquire
                    1229 15th Street, N.W.
                    Washington, DC 20005
                    Counsel for Plaintiffs

        David E. Ralph, Esquire
        Law Offices of David E. Ralph, LLC
        2423 Maryland Avenue, Suite 100
        Baltimore, Maryland 21218
        Counsel for Executive Title & Escrow

     A copy of the foregoing was not served upon Town and Country Mortgage and Financial Services, Inc., Dennis Bishop, and Brenda Carew because previous mailings have been returned to sender as undeliverable.

        */s/ Harold G. Belkowitz*
        Harold G. Belkowitz

154267